Daniel S. Hurwitz, SBN: 235260
**WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101
Email: Dan.Hurwitz@wilsonelser.com

Attorneys for Defendant,
SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIBEL GOMEZ, an individual, ERIKA BELLA GOMEZ, an individual, <br><br> Plaintiffs, <br> v. <br> SAMSUNG ELECTRONICS AMERICA, INC., a corporation; SAMSUNG FIRE & MARINE MANAGEMENT CORPORATION, a corporation; and DOES 1 through 50, inclusive <br><br> Defendants. | Case No.: 2:23-cv-8783 DMG (Ex) <br><br> District Judge:  Dolly M. Gee <br> Magistrate Judge:  Charles F. Eick <br><br> **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Good cause being shown, the Court hereby:

GRANTS the parties' Stipulation and Protective Order.

FOR GOOD CAUSE SHOWN, IT IS SO ORERED.

DATED: ___January 2, 2024_____

　　/s/
_____
HON. CHARLES F. EICK
United States Magistrate Judge

1
**ORDER GRANTING STIPULATED PROTECTIVE ORDER**
291121094v.1