JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIBEL GOMEZ, an individual, ERIKA BELLA GOMEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a corporation; SAMSUNG FIRE & MARINE MANAGEMENT CORPORATION, a corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: CV 23-8783-DMG (Ex)<br><br>**ORDER RE JOINT STIPULATION TO LIMIT RECOVERY AND REMAND ACTION [31]** |

Based on the Parties' Stipulation, the amount in controversy in the above-captioned case does not, and shall not, exceed $75,000.00. The case is therefore **REMANDED** to the Los Angeles County Superior court, Case No. 23CHCV02014.

**IT IS SO ORDERED.**

DATED: November 12, 2024

_____
DOLLY M. GEE
Chief United States District Judge

1